IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01206-CMA-KLM

MARK H. ASPIRI,

    Plaintiff,

v.

LEGAL LIFE PLANS, INC.,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Unopposed Joint Motion to Amend Scheduling Order** [#22][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The Scheduling Order entered on September 3, 2013 [#17] is modified to extend the following deadlines:

| | | |
|---|---|---|
| • | Affirmative Expert Disclosure Deadline | **January 27, 2014** |
| • | Rebuttal Expert Disclosure Deadline | **February 27, 2014** |
| • | Deadline to Serve Written Discovery Requests | **March 17, 2014** |
| • | Discovery Deadline | **May 22, 2014** |
| • | Dispositive Motions Deadline | **June 23, 2014** |

    Dated: December 16, 2013

---

[1] "[#22]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.