IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01206-CMA-KLM

MARK H. ASPIRI,

      Plaintiff,

v.

LEGAL LIFE PLANS, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Unopposed Joint Motion to Amend Scheduling Order** [#27][1] (the "Motion"). In the Motion, the parties request extension of certain deadlines set in the Scheduling Order [#22]. While not addressed by the parties, the Court notes that the Final Pretrial Conference is set on June 24, 2014 at 10:00 a.m.

      IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. The Scheduling Order entered on September 3, 2013 [#17], and amended on December 16, 2013 [#24], is further modified to extend the following deadlines:

-    Affirmative Experts Disclosure Deadline    **March 27, 2014**
-    Rebuttal Experts Disclosure Deadline    **April 27, 2014**
-    Deadline to Serve Written Discovery Requests    **May 17, 2014**
-    Discovery Deadline    **July 22, 2014**
-    Dispositive Motions Deadline    **August 21, 2014**

      IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for June 24, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **October 7, 2014** at **10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

_____

[1]   "[#27]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **September 30, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers @cod.uscourts.gov.*

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

Dated:  January 27, 2014