IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01206-CMA-KLM

MARK H. ASPIRI,

    Plaintiff,

v.

LEGAL LIFE PLANS, INC.,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to File First Amended Complaint and Jury Demand** [#25] (the "Motion"). At the time Plaintiff filed the Motion, Defendant's counsel was unable to provide his client's position on the Motion. Although Defendant has not since filed a response to the Motion, Defendant filed an Answer and Affirmative Defenses to Plaintiff's Amended Complaint and Jury Demand [#30] on February 14, 2014. The Court finds that Plaintiff has provided good cause for extending the deadline for amendment of pleadings, pursuant to Fed. R. Civ. P. 16(b), and the Court further finds that justice would be served by allowing amendment of the Complaint pursuant to Fed. R. Civ. P. 15(a). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. The deadline for amendment of pleadings and joinder of parties is extended to **January 21, 2014**.

    IT IS FURTHER **ORDERED** that the Amended Complaint [#25-1] is accepted for filing as of January 21, 2014.

    Dated: March 17, 2014