IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01206-CMA-KLM

MARK H. ASPIRI,

    Plaintiff,

v.

LEGAL LIFE PLANS, INC., and
LLP LEGAL PLANS, INC.,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Joint Motion to Vacate Deadlines and Request for Scheduling Conference** [#36] (the "Motion"). The parties seek to have another Scheduling Conference set in this matter to establish new deadlines "[d]ue to the parties['] focus on settlement negotiations, and the recent addition of a new party in the case . . . ." *Motion* [#36] at 2.

    IT IS HEREBY **ORDERED** that the Motion [#36] is **DENIED without prejudice**. The parties appear to simply seek amendment of the Scheduling Order [#17] deadlines. Absent extenuating circumstances, the parties should seek to amend the deadlines in the Scheduling Order by filing a written motion with proposed modifications consisting of specific dates.

    Dated:  May 27, 2014