**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01206-CMA-KLM

MARK H ASPIRI,

    Plaintiff,

v.

LEGAL LIFE PLANS, INC.,

and

LLP LEGAL PLANS, INC.,

    Defendants.

---

**ORDER OF JUDGMENT <u>AND</u> ORDER GRANTING PLAINTIFF'S MOTION FOR
DEFAULT JUDGMENT AND ATTORNEY FEES**

---

This matter is before the Court on Plaintiff Mark H. Aspiri's Amended Motion for Default Judgment Against Defendant LLP Legal Plans, Inc. ("LLP Legal") (Doc. # 53), Plaintiff's Motion for Attorney Fees (Doc. # 54), and the parties' Joint Consent to Judgment (Doc. # 68).

Having reviewed the Motions and the Joint Consent to Judgment, and being fully advised in the premises, the Court finds that entry of judgment in favor of Plaintiff is appropriate.

Accordingly, the Court GRANTS the Amended Motion for Default Judgment (Doc. # 53) and the Motion for Attorney Fees (Doc. # 54), and APPROVES the parties'

Joint Consent to Judgment (Doc. # 68).  As such, judgment is entered in favor of Plaintiff Mark H. Aspiri and against Defendants LLP Legal Plans, Inc. and Legal Life Plans, Inc., **JOINTLY AND SEVERALLY, in the total amount of $239,273.39,** representing unpaid wages in the amount of $104,000, plus Colorado Wage Act penalties in the amount of $86,437.50, pre-judgment interest of $37,823.14, and attorney fees in the amount of $11,012.75.

Additionally, Defendant Legal Life Plans, Inc. is INDIVIDUALLY LIABLE for an additional $45,524.25 in additional attorney fees.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the weekly rate established under 28 U.S.C. § 1961 from the date of entry of judgment.  It is

FURTHER ORDERED that Mark H. Aspiri's Count V – Specific Performance Claim is dismissed with prejudice.

DATED:  August 14, 2015

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge